# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-3008
_____

Jim Harris, Jr.

*Plaintiff - Appellant*

v.

Nina Hill

*Defendant - Appellee*

Corizon, LLC; Paula Huffman-Reed

*Defendant*s
_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau
_____

Submitted: March 16, 2020
Filed: March 19, 2020
[Unpublished]
_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, inmate Jim Harris, Jr. appeals the district court's[1] grant of summary judgment for defendant Nina Hill. Upon de novo review of the record and careful consideration of Harris's arguments for reversal, we agree with the district court that Hill was entitled to summary judgment. See Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (viewing summary judgment record in light most favorable to non-movant and drawing all reasonable inferences in his favor). The judgment is affirmed. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.